IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRY JACKSON**                                                                                    **PLAINTIFF**

v.                             Case No. 4:10-CV-00278-DPM

**DOLGENCORP, INC.,** *ET AL.*                                                         **DEFENDANTS**

### ORDER

Terry Jackson moves to stay discovery and other pretrial motions pending a ruling from the Multi-District Litigation Panel. The Panel is considering Jackson's motion to re-open, transfer, and consolidate pretrial matters pursuant to 28 U.S.C. § 1407. If granted, this motion would affect Jackson's pretrial matters in this case. Jackson presses that staying his case will serve judicial economy and efficiency. Defendants resist, arguing that this older case needs to be resolved. They claim this Court will decide all dispositive issues. And that the only discovery remaining will probably take place in Arkansas.

Judicial economy is best served by staying this case. The Court sees no reason to risk duplicating discovery. Jackson's motion, *Document No. 18*, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 June 2010